STEWART *against* MEIGS.

IN ERROR, on *certiorari* to a justice's court.

A summons was issued, at the suit of *Meigs*, against *Stewart*, and returnable at the house of *Clark Lawrence*, inn-keeper, on the 26th of *April*, 1813, at nine o'clock in the forenoon. At the time and place appointed, *Stewart*, the defendant below, appeared before the justice, and, after waiting there one hour, without the plaintiff appearing, he applied to the justice to be discharged from the cause; to which the justice answered, that he would not proceed, nor do any thing in the cause, until the summons was returned. The defendant then said that he had employed one *Battle* as his counsel; and the defendant and the justice then left *Lawrence's* house together. At 11 o'clock the constable returned the summons to the justice, at the justice's house, who then and there called the parties, when the plaintiff appeared, but not the defendant. The justice seeing *Battle* there, requested him to appear for *Stewart*, but he declined, and went away. The cause was heard *ex parte*, and judgment given for the plaintiff.

*Per Curiam.* Whether the delay at *Lawrence's* house would operate as a discontinuance, need not be decided. The trial of the cause at the justice's own house, a different place from that appointed in the summons, was irregular, and the judgment must be reversed. (*Case* v. *Van Ness*, 1 *Johns. Cas.* 243.)

Judgment reversed.

*If a justice try the cause at a place different from that mentioned in the summons, it is an irregularity, for which the judgment will be reversed.*